Local AO 442 (Rev 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darnell Wayne Sylvester a/k/a Nell | ) | Case No.   1:20-cr-68-08 |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Darnell Wayne Sylvester a/k/a Nell
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date:   06/04/2020

/s/ Carla Schultz

*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk

*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/4/2020, and the person was arrested on *(date)* 7/14/2020
at *(city and state)* Detroit MI

Date: 7/14/2020

*Arresting officer's signature*

M Thyne  D USM

*Printed name and title*