**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER  AMENDING CONDITIONS** |
| Plaintiff, | ) | **OF RELEASE** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:20-cr-068 |
| Darnell Wayne Sylvester, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant made his initial appearance on July 14, 2020, in the Eastern District of Michigan. See Doc. No. 252.  On July 15, 2020, he was released on a $10,000 unsecured bond with conditions. See Doc. Nos. 252-5 and 252-6.

On August 5, 2020, defendant appeared before this court by telephone and was arraigned. At the conclusion of the arraignment, the United States moved to amend defendant's release conditions.

For the reasons articulated on the record, the court **GRANTS** the United States' motion.  In addition to the appearance bond and the conditions of release previously imposed on defendant by the district court in the Eastern District of Michigan, see Doc Nos. 252-5 and 252-6, defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

**IT IS SO ORDERED.**

Dated this 5th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court