UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 1:20-cr-00068 |
| v. | ) |
| | ) **REQUEST FOR NOTICE** |
| Darnell Sylvester, | ) **PURSUANT TO FED.R.EVID. 404(b)** |
| Defendant. | ) |

The above-named Defendant, Darnell Sylvester, by and through his attorney, Garrett D. Ludwig, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to provisions of Fed.R.Evid. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this _14th_ day of August, 2020.

/s/ Garrett D. Ludwig
GARRETT D. LUDWIG
State Bar ID No. 06275
KELSCH RUFF KRANDA NAGLE & LUDWIG
Attorneys for the Defendant
103 Collins Avenue, P.O. Box 1266
Mandan, North Dakota 58554-7266
(701) 663-9818
gludwig@kelschlaw.com